IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FATIH ANDERSON | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | NO. 18-1550 |
| ROBERT GILMORE, et al. | : | |
| Respondents. | : | |

FILED
JUL -3 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 3rd day of July, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's Motion for Stay and Abeyance (ECF No. 3) is DENIED.

3. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

ENT'D JUL 05 2018